# United States Court of Appeals
## For the First Circuit

No. 16-2444

JWAINUS PERRY,

Plaintiff, Appellant,

v.

LUIS S. SPENCER, Commissioner; THOMAS DICKHAUT, Former
Superintendent; ANTHONY M. MENDONSA, Former Deputy of
Classification; JAMES J. SABA, Superintendent; ABBE NELLIGAN,
Deputy of Classification; PATRICK TOOLIN, Correctional Program
Officer; KRISTIE LADOUCEUR; CAROL MICI; THOMAS NEVILLE,

Defendants, Appellees,

JENS SWANSON, Property Officer,

Defendant.

**ERRATA SHEET**

The opinion of this Court, issued on February 21, 2024, is amended as follows:

On page 3, line 9, change "Corrections" to "Correction"

On page 40, last line of note 15, change "at 25." to "at note 25."